FILED

2026 Feb-04  AM 09:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JEANETTA PLEASANT,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No.: 2:25-cv-1658-ACA** |
| **LAURA SUSAN BURNS, et al.,** | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, Jeanetta Pleasant, and respectfully submits this Response to the Court's Order to Show Cause, and states as follows:

1. Plaintiff acknowledges the Court's Order directing her to respond to concerns regarding filings in this matter and appreciates the opportunity to address those concerns.
2. Plaintiff respectfully submits that she did not receive certain court notices and communications related to this matter due to an error in the email address associated with her court notifications.
3. Specifically, Plaintiff discovered that the email address on file contained an error which prevented her from receiving electronic notices and filings transmitted through the Court's electronic filing system.
4. As a result of this technical error, Plaintiff was unaware of certain communications, objections, and deficiencies identified by opposing counsel and the Court at the time the filings were prepared and submitted.
5. Plaintiff states that any inaccuracies or deficiencies in prior filings were not intentional and were not made in bad faith but rather occurred without the benefit of receiving complete notice or an opportunity to timely review and correct the issues identified.
6. Plaintiff maintains that she has acted in good faith throughout this litigation and respectfully requests that the Court consider the notification error as a mitigating circumstance.
7. Plaintiff further states that she is willing to supplement, clarify, amend, or withdraw any filings the Court determines require correction.
8. Plaintiff respectfully requests that the Court decline to impose sanctions under Rule 11 and allow Plaintiff the opportunity to proceed on the merits of her claims.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and grant such other relief as the Court deems just and proper.

Respectfully submitted this 4th day of February 2026.

**/s/ Jeanetta Pleasant**
Jeanetta Pleasant
Plaintiff
100 Concourse Pkwy STE 128
Hoover, AL 35244
659-212-8500
pleasantlegalsolutions@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2026, a copy of the above and foregoing was served to all parties of interest through the Court's electronic filing system.

/s/ Jeanetta Pleasant
Jeanetta Pleasant
Pleasant Legal Solutions
100 Concourse Pkwy STE 128
Hoover, AL 35244
(659)212-8500
jeanetta@pleasantlegalsolutions.com

## SERVICE LIST

| | | |
|---|---|---|
| Laura Susan Burns | Autumn Caudell | Alabama State Bar |
| 4128 Crosshaven Drive | 415 Dexter Avenue | 415 Dexter Avenue |
| Vestavia, Alabama 35243 | Montgomery, Al 36104 | Montgomery, AL 36104 |