FILED

2026 Feb-10  AM 07:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JEANETTA PLEASANT,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) **Case No.: 2:25-cv-1658-ACA** |
| | ) |
| **LAURA SUSAN BURNS, et al.,** | ) |
| **Defendants.** | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT BURNS' NOTICE OF OPPOSITION TO MOTION FOR LEAVE TO AMEND

Plaintiff Jeanetta Pleasant respectfully submits this Response to Defendant Laura Susan Burns' Notice of Opposition to Plaintiff's Motion for Leave to Amend and states as follows: Defendant Burns opposes Plaintiff's Motion for Leave to Amend on procedural and substantive grounds. The objections raised by Defendant lack merit and do not justify denial of leave to amend under Federal Rule of Civil Procedure 15(a)(2), which instructs courts to "freely give leave when justice so requires."

### I.    Plaintiff's Compliance with Procedural Requirements

Defendant asserts that Plaintiff failed to contact opposing counsel regarding whether the Motion for Leave to Amend was opposed and failed to properly attach a proposed amended complaint. While Plaintiff acknowledges that the proposed amended complaint was not successfully uploaded with the initial filing, this was an administrative or technical oversight rather than a substantive deficiency. Plaintiff is filing the proposed amended complaint contemporaneously with this Response to ensure the Court and Defendant have full opportunity to review the proposed pleading. Federal courts routinely permit supplementation where a proposed amended complaint was inadvertently omitted, particularly where no prejudice results to the opposing party.

## II.    Amendment Is Proper Under Rule 15(a)

Rule 15(a)(2) establishes a liberal standard favoring amendment. Leave should be denied only in limited circumstances such as undue delay, bad faith, repeated failure to cure deficiencies, undue prejudice, or futility. None of those circumstances exist here. Defendant argues that Plaintiff's proposed claim is futile and asserts that Plaintiff waited until after motions to dismiss were briefed to seek amendment. However, amendment following dispositive motion briefing is routinely permitted, particularly when the amendment clarifies claims arising from the same operative facts. Plaintiff seeks amendment to refine and clarify claims, promote judicial efficiency, and allow the Court to resolve all related issues in a single proceeding.

## III.    Defendant's Allegations of Improper Citations and Misstatements

Defendant alleges that Plaintiff previously misrepresented legal authority and cited non-existent authority. These allegations are unsupported and irrelevant to the Rule 15 analysis. The proper inquiry is whether the proposed amended complaint states plausible claims upon which relief can be granted. Any challenges to the sufficiency of the amended complaint are more appropriately addressed through responsive pleadings or dispositive motions after amendment is allowed.

## IV.    Defendant Will Not Suffer Prejudice

Defendant asserts that allowing amendment would require additional briefing. The need for additional briefing does not constitute undue prejudice, particularly at this stage of litigation. The case remains in its early procedural posture, and no trial date or discovery deadlines will be impacted by permitting amendment. Defendant has acknowledged a willingness to respond after reviewing the amended complaint, further demonstrating that no meaningful prejudice exists.

## V.      Interests of Justice Favor Amendment

Allowing amendment promotes resolution of claims on their merits rather than on technical or procedural grounds. The proposed amendment arises from the same nucleus of operative facts already before the Court and will not expand discovery or fundamentally alter the nature of the case.  For the foregoing reasons, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Leave to Amend and accept the proposed amended complaint.

Respectfully submitted,

/s/ Jeanetta Pleasant_____
Jeanetta Pleasant
Pleasant Legal Solutions
100 Concourse Parkway, Suite 128
Hoover, Alabama 35244
Telephone: (659) 212-8500
Email: jeanetta@pleasantlegalsolutions.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all counsel of record through the Court's CM/ECF system on this 10th day of February 2026.

/s/ Jeanetta Pleasant_____
Jeanetta Pleasant
Pleasant Legal Solutions
100 Concourse Parkway, Suite 128
Hoover, Alabama 35244
Telephone: (659) 212-8500
Email: jeanetta@pleasantlegalsolutions.com