FILED

2026 Mar-05  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JEANETTA PLEASANT | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **2:25-cv-1658-ACA** |
| | ) | |
| LAURA SUSAN BURNS, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT LAURA SUSAN BURNS'S NOTICE OF PLAINTIFF'S CONTINUED NON-COMPLIANCE WITH THIS COURT'S ORDERS

On February 23, 2026, this Court issued an order for Plaintiff Jeanetta Pleasant to show cause by March 2, 2026, as to why this Court should not dismiss this action for Pleasant's failure to comply with this Court's earlier order. (Doc. 23 at 3.) That deadline has now passed without a response from Pleasant. Accordingly, Defendant Laura Susan Burns requests a dismissal with prejudice for the reasons explained in her pending motion to dismiss (doc. 6) and her earlier notice of Plaintiff's non-compliance (doc. 22), in addition to any other sanction the Court sees fit to impose for Pleasant's continued disregard of this Court's orders.

Dated: March 5, 2026

Respectfully Submitted,

/s/ *Hunter R. Myers*
Thomas J. Butler
Hunter R. Myers
MAYNARD NEXSEN PC
1901 6th Avenue North, Suite 1700
Birmingham, AL 35203
Tel: (205) 254.1000
Fax: (205) 254.1999
tbutler@maynardnexsen.com
hmyers@maynardnexsen.com

*Counsel for Defendant*
*Laura Susan Burns*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that, on March 5, 2026, I served a true and correct copy of this filing through the Court's CM/ECF filing system to:

Jeanetta Pleasant
Pleasant Legal Solutions
100 Concourse Pkwy STE 128
Hoover, AL 35244
(659) 212-8500
jeanetta@pleasantlegalsolutions.com

*Plaintiff*

/s/ *Hunter R. Myers*
Hunter R. Myers