FILED

2026 Apr-08  PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JEANETTA PLEASANT,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No. 2:25-cv-1658-ACA** |
| | } | |
| **LAURA SUSAN BURNS, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

## FINAL ORDER

Consistent with the accompanying memorandum opinion, the court **DISMISSES** this case **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this April 8, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE